CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 24 2006

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WAYNE THOMAS JOHNSON,<br>Plaintiff, | )<br>) Civil Action No. 7:06CV00502<br>) |
| v. | ) **FINAL ORDER**<br>) |
| SAMUEL EDWARD SPREHE,<br>Defendant. | ) By: Hon. Glen E. Conrad<br>) United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. Plaintiff's motion to proceed in forma pauperis shall be and hereby is **DENIED**; and

2. This action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915(g).

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER**: This 24th day of August, 2006.

_____
United States District Judge