CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 24 2006

JOHN F. CORCORAN, CLERK
BY:
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WAYNE THOMAS JOHNSON, <br> Plaintiff, | Civil Action No. 7:06CV00502 |
| v. | **FINAL ORDER** |
| SAMUEL EDWARD SPREHE, <br> Defendant. | By: Hon. Glen E. Conrad <br> United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

### ORDERED

as follows:

1. Plaintiff's motion to proceed in forma pauperis shall be and hereby is **DENIED**; and

2. This action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915(g).

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 24th day of August, 2006.

_Glen E. Conrad_
United States District Judge